**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−10711−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard J. LaMonica
aka Richard C. LaMonica
27 Apple Avenue
North Middletown, NJ 07748

Nicole R. LaMonica
27 Apple Avenue
North Middletown, NJ 07748

Social Security No.:
xxx−xx−0409                                          xxx−xx−7033

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:              3/13/19
Time:              10:00 AM
Location:          Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: January 14, 2019
JAN: pbf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Richard J. LaMonica
Nicole R. LaMonica
    Debtors

Case No. 19-10711-KCF
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Jan 14, 2019
                    Form ID: 132     Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2019.
```
db/jdb         +Richard J. LaMonica,    Nicole R. LaMonica,    27 Apple Avenue,    North Middletown, NJ 07748-5200
517964823     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank Americard,     PO Box 982235,    El Paso, TX 79998-2235)
517964824      Barclay Card Services,    PO Box 8802,    Wilmington, DE 19899-8802
517964826      Best Buy,    PO Box 15298,    Wilmington, DE 19850-5298
517964825     +Best Buy,    PO Box 790441,    Saint Louis, MO 63179-0441
517964827      Capital One, NA,    Att: Stoneleigh Recovery Associates,    PO Box 1479,    Lombard, IL 60148-8479
517964828      Chase,    PO Box 15298,    Att: Bankruptcy Dept,    Wilmington, DE 19850-5298
517964829      Chase Amazon Prime,    PO Box 15298,    Wilmington, DE 19850-5298
517964831     +Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
517964833     +Home Depot,    PO Box 790328,    Saint Louis, MO 63179-0328
517964836     +Justice,    1717 Central Street,    Evanston, IL 60201-1507
517964835      Justice,    Retail Services,    PO Box 30258,    Salt Lake City, UT 84130-0258
517964838     +LDV Law,    136 Gaither Drive,    Suite 100,    Mount Laurel, NJ 08054-1725
517964840     +Lyons Doughty & Veldhuis,    Box 1269,    Mt Laurel, NJ 08054-7269
517964841     +Macy's,    Att: Bankruptcy Dept.,    PO Box 8053,    Mason, OH 45040-8053
517964846     +Overstock,    2365 Northside Drive,    Suite 30,    San Diego, CA 92108-2709
517964848      Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517964849      Pressler, Felt & Warshaw,    7 Entin Rd,    Parsippany, NJ 07054-5020
517964851      Quicken Loans, Inc.,    PO Box 442359,    Detroit, MI 48244-2359
517964852      Sears,    HSBC Card Services,    PO Box 379,    Wood Dale, IL 60191-0379
517964853      Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
517964854      Sears Credit Cards,    PO Box 6283,    Sioux Falls, SD 57117-6283
517964855      Sprint,    PO Box 9004,    Renton, WA 98057-9004
517964860      TJX Rewards,    PO Box 15298,    Wilmington, DE 19850-5298
517964856     +Target,    PO Box 673,    Minneapolis, MN 55440-0673
517964861      Toys R Us,    PO Box 15298,    Wilmington, DE 19850-5298
517964862     +UCB,    5620 Southwyck Blvd.,    Toledo, OH 43614-1501
517964865      Zales Jewelers,    Att: Comenity Capital Bank,    PO Box 183043,    Columbus, OH 43218-3043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:53     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517964832      E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 15 2019 00:27:09
                Credit Corp Solutions,    180 Election Road,    Suite 200,    Draper, UT 84020
517964830      E-mail/Text: bk.notifications@jpmchase.com Jan 15 2019 00:27:43      Chase Auto Finance,
                PO Box 901076,    Fort Worth, TX 76101-2076
517964834      E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      JC Penney,    PO Box 965008,
                Orlando, FL 32896-5008
517964837      E-mail/Text: bnckohlsnotices@becket-lee.com Jan 15 2019 00:27:14      Kohl's,    PO Box 3043,
                Milwaukee, WI 53201-3043
517964839     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Lowe's,    Att: Bankruptcy Dept,
                PO Box 103104,    Roswell, GA 30076-9104
517964843     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 00:27:50      Midland Funding,
                2365 Northside Drive,    Suite 30,    San Diego, CA 92108-2709
517964842     +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 00:27:50      Midland Funding,
                2365 Northside Dr,    Ste 300,    San Diego, CA 92108-2709
517964844     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Modell's,    GE Money Bank,
                PO Box 103104,    Roswell, GA 30076-9104
517964845     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Old Navy,    Att: Bankruptcy Dept,
                PO Box 103104,    Roswell, GA 30076-9104
517964847      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2019 00:32:05
                Portfolio Recovery Assoc,    PO Box 12914,    Norfolk, VA 23541-0914
517964850      E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Q-Card/Synchrony Bank,
                PO Box 965060,    Orlando, FL 32896-5060
517965749     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517964857      E-mail/Text: bankruptcy@td.com Jan 15 2019 00:27:55      TD Bank,    PO Box 84037,
                Columbus, GA 31908-4037
517964858     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:35      The Children's Place,
                PO Box 182120,    Columbus, OH 43218-2120
517964859      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:35      The Childrens Place,
                PO Box 183043,    Columbus, OH 43218-3043
517964863      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:35      Victoria's Secret,
                Att: Bankruptcy Dept.,    PO Box 182125,    Columbus, OH 43218-2125
517964864     +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Walmart,    GE Money Bank,
                Bankruptcy Dept.,    PO Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 19
```

```
District/off: 0312-3           User: admin                Page 2 of 2                  Date Rcvd: Jan 14, 2019
                               Form ID: 132               Total Noticed: 47
```

        ***** BYPASSED RECIPIENTS (continued) *****

        ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2019 at the address(es) listed below:

      Albert Russo   docs@russotrustee.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      Warren Brumel   on behalf of Debtor Richard J. LaMonica wbrumel@keyportlaw.com, brumellawecf@gmail.com
      Warren Brumel   on behalf of Joint Debtor Nicole R. LaMonica wbrumel@keyportlaw.com, brumellawecf@gmail.com

      TOTAL: 4