**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
  0 Valuation of Security        0 Assumption of Executory Contract or Unexpired Lease        0 Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:    Richard J. LaMonica
         Nicole R. LaMonica

Case No.:
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

■ Original                ☐ Modified/Notice Required           Date:    **January 11, 2019**
☐ Motions Included        ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **WB**    Initial Debtor: **RJL**    Initial Co-Debtor **NRL**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$225.00 Monthly for 36 months** to the Chapter 13 Trustee, starting on **February 1, 2019** for approximately **36** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Warren Brumel, Esq. WB3626** | **Attorney Fees** | **3,620.00** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| -NONE- | | | | | | |
|---|---|---|---|---|---|---|

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Chase Auto Finance |
| Quicken Loans, Inc. |

### g. Secured Claims to be Paid in Full Through the Plan ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims    ■ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

■    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J.**

**LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ■ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Priority Claims**
4) **Secured Claims**
5) **Lease Arrearages**
6) **General Unsecured Claims**

d. **Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    X NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|   |   |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
■ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 1/09/2019    /s/ Richard J. LaMonica
**Richard J. LaMonica**
Debtor

Date: 1/09/2019    /s/ Nicole R. LaMonica
**Nicole R. LaMonica**
Joint Debtor

Date 1/09/2019    /s/ Warren Brumel, Esq.
**Warren Brumel, Esq. WB3626**
Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-10711-KCF
Richard J. LaMonica                                                             Chapter 13
Nicole R. LaMonica
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 14, 2019
                              Form ID: pdf901          Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
```
db/jdb         +Richard J. LaMonica,   Nicole R. LaMonica,   27 Apple Avenue,   North Middletown, NJ 07748-5200
517964823     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court:  Bank Americard,   PO Box 982235,   El Paso, TX 79998-2235)
517964824       Barclay Card Services,   PO Box 8802,   Wilmington, DE 19899-8802
517964826       Best Buy,   PO Box 15298,   Wilmington, DE 19850-5298
517964825      +Best Buy,   PO Box 790441,   Saint Louis, MO 63179-0441
517964827       Capital One, NA,   Att: Stoneleigh Recovery Associates,   PO Box 1479,   Lombard, IL 60148-8479
517964828       Chase,   PO Box 15298,   Att: Bankruptcy Dept,   Wilmington, DE 19850-5298
517964829       Chase Amazon Prime,   PO Box 15298,   Wilmington, DE 19850-5298
517964831      +Convergent Outsourcing, Inc.,   PO Box 9004,   Renton, WA 98057-9004
517964833      +Home Depot,   PO Box 790328,   Saint Louis, MO 63179-0328
517964836      +Justice,   1717 Central Street,   Evanston, IL 60201-1507
517964835       Justice,   Retail Services,   PO Box 30258,   Salt Lake City, UT 84130-0258
517964838      +LDV Law,   136 Gaither Drive,   Suite 100,   Mount Laurel, NJ 08054-1725
517964840      +Lyons Doughty & Veldhuis,   Box 1269,   Mt Laurel, NJ 08054-7269
517964841      +Macy's,   Att: Bankruptcy Dept.,   PO Box 8053,   Mason, OH 45040-8053
517964846      +Overstock,   2365 Northside Drive,   Suite 30,   San Diego, CA 92108-2709
517964848       Pressler & Pressler,   7 Entin Rd,   Parsippany, NJ 07054-5020
517964849       Pressler, Felt & Warshaw,   7 Entin Rd,   Parsippany, NJ 07054-5020
517964851       Quicken Loans, Inc.,   PO Box 442359,   Detroit, MI 48244-2359
517964852       Sears,   HSBC Card Services,   PO Box 379,   Wood Dale, IL 60191-0379
517964853       Sears Credit Cards,   PO Box 6282,   Sioux Falls, SD 57117-6282
517964854       Sears Credit Cards,   PO Box 6283,   Sioux Falls, SD 57117-6283
517964855       Sprint,   PO Box 9004,   Renton, WA 98057-9004
517964860       TJX Rewards,   PO Box 15298,   Wilmington, DE 19850-5298
517964856      +Target,   PO Box 673,   Minneapolis, MN 55440-0673
517964861       Toys R Us,   PO Box 15298,   Wilmington, DE 19850-5298
517964862      +UCB,   5620 Southwyck Blvd.,   Toledo, OH 43614-1501
517964865       Zales Jewelers,   Att: Comenity Capital Bank,   PO Box 183043,   Columbus, OH 43218-3043
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517964832       E-mail/Text: customercareus@creditcorpsolutionsinc.com Jan 15 2019 00:27:09
                 Credit Corp Solutions,   180 Election Road,   Suite 200,   Draper, UT 84020
517964830       E-mail/Text: bk.notifications@jpmchase.com Jan 15 2019 00:27:43      Chase Auto Finance,
                 PO Box 901076,   Fort Worth, TX 76101-2076
517964834       E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      JC Penney,   PO Box 965008,
                 Orlando, FL 32896-5008
517964837       E-mail/Text: bnckohlsnotices@becket-lee.com Jan 15 2019 00:27:15      Kohl's,   PO Box 3043,
                 Milwaukee, WI 53201-3043
517964839      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Lowe's,   Att: Bankruptcy Dept,
                 PO Box 103104,   Roswell, GA 30076-9104
517964843      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 00:27:50      Midland Funding,
                 2365 Northside Drive,   Suite 30,   San Diego, CA 92108-2709
517964842      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2019 00:27:50      Midland Funding,
                 2365 Northside Dr,   Ste 300,   San Diego, CA 92108-2709
517964844      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Modell's,   GE Money Bank,
                 PO Box 103104,   Roswell, GA 30076-9104
517964845      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Old Navy,   Att: Bankruptcy Dept,
                 PO Box 103104,   Roswell, GA 30076-9104
517964847       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2019 00:45:04
                 Portfolio Recovery Assoc,   PO Box 12914,   Norfolk, VA 23541-0914
517964850       E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Q-Card/Synchrony Bank,
                 PO Box 965060,   Orlando, FL 32896-5060
517965749      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517964857       E-mail/Text: bankruptcy@td.com Jan 15 2019 00:27:55      TD Bank,   PO Box 84037,
                 Columbus, GA 31908-4037
517964858      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:37      The Children's Place,
                 PO Box 182120,   Columbus, OH 43218-2120
517964859       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:37      The Childrens Place,
                 PO Box 183043,   Columbus, OH 43218-3043
517964863       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:37      Victoria's Secret,
                 Att: Bankruptcy Dept.,   PO Box 182125,   Columbus, OH 43218-2125
517964864      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17      Walmart,   GE Money Bank,
                 Bankruptcy Dept.,   PO Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 19
```

```
District/off: 0312-3           User: admin                 Page 2 of 2                  Date Rcvd: Jan 14, 2019
                               Form ID: pdf901             Total Noticed: 47
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren  Brumel    on behalf of Debtor Richard J. LaMonica wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
              Warren  Brumel    on behalf of Joint Debtor Nicole R. LaMonica wbrumel@keyportlaw.com,
               brumellawecf@gmail.com
                                                                                             TOTAL: 3
```