**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard J. LaMonica | Social Security number or ITIN  xxx–xx–0409 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Nicole R. LaMonica | Social Security number or ITIN  xxx–xx–7033 |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–10711–MBK | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard J. LaMonica
aka Richard C. LaMonica

Nicole R. LaMonica

3/10/22

**By the court:** <u>Michael B. Kaplan</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Richard J. LaMonica  
Nicole R. LaMonica  
    Debtors

Case No. 19-10711-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Mar 10, 2022     Form ID: 3180W     Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard J. LaMonica, Nicole R. LaMonica, 27 Apple Avenue, North Middletown, NJ 07748-5200 |
| 518062396 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517964827 | | Capital One, NA, Att: Stoneleigh Recovery Associates, PO Box 1479, Lombard, IL 60148-8479 |
| 517964836 | + | Justice, 1717 Central Street, Evanston, IL 60201-1507 |
| 517964835 | | Justice, Retail Services, PO Box 30258, Salt Lake City, UT 84130-0258 |
| 517964838 | + | LDV Law, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 517964840 | + | Lyons Doughty & Veldhuis, Box 1269, Mt Laurel, NJ 08054-7269 |
| 517964846 | + | Overstock, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 517964852 | | Sears, HSBC Card Services, PO Box 379, Wood Dale, IL 60191-0379 |
| 517964855 | | Sprint, PO Box 9004, Renton, WA 98057-9004 |
| 517983608 | + | TD Bank, N.A., Richard J Tracy, III, esq., 30 Montgomery St. Suite 1205, jersey City, NJ 07302-3835 |
| 517979057 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517964865 | | Zales Jewelers, Att: Comenity Capital Bank, PO Box 183043, Columbus, OH 43218-3043 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 10 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 10 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517964823 | | EDI: BANKAMER.COM | Mar 11 2022 07:50:00 | Bank Americard, PO Box 982235, El Paso, TX 79998-2235 |
| 517964824 | | EDI: TSYS2 | Mar 11 2022 07:50:00 | Barclay Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 517964825 | + | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517986122 | + | EDI: RECOVERYCORP.COM | Mar 11 2022 07:49:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517964832 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Mar 10 2022 20:40:00 | Credit Corp Solutions, 180 Election Road, Suite 200, Draper, UT 84020 |
| 518046070 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 20:50:09 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518056141 | + | Email/Text: RASEBN@raslg.com | Mar 10 2022 20:40:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517964831 | + | EDI: CONVERGENT.COM | Mar 11 2022 07:48:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| 517964841 | + | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Macy's, Att: Bankruptcy Dept., PO Box 8053, Mason, OH 45040 |
| 518131840 | | EDI: Q3G.COM | Mar 11 2022 07:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517964833 | + | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Home Depot, PO Box 790328, Saint Louis, MO 63179-0328 |
| 517964834 | | EDI: RMSC.COM | Mar 11 2022 07:51:00 | JC Penney, PO Box 965008, Orlando, FL 32896-5008 |
| 517964828 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | Chase, PO Box 15298, Att: Bankruptcy Dept, Wilmington, DE 19850-5298 |
| 517964829 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | Chase Amazon Prime, PO Box 15298, Wilmington, DE 19850-5298 |
| 517964830 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 518005187 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 517964860 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | TJX Rewards, PO Box 15298, Wilmington, DE 19850-5298 |
| 517964861 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | Toys R Us, PO Box 15298, Wilmington, DE 19850-5298 |
| 517964826 | | EDI: JPMORGANCHASE | Mar 11 2022 07:50:00 | Best Buy, PO Box 15298, Wilmington, DE 19850-5298 |
| 517964837 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2022 20:40:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517973557 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2022 20:50:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517964839 | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Lowe's, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 517964842 | + | EDI: MID8.COM | Mar 11 2022 07:50:00 | Midland Funding, 2365 Northside Dr, Ste 300, San Diego, CA 92108-2709 |
| 517964843 | + | EDI: MID8.COM | Mar 11 2022 07:50:00 | Midland Funding, 2365 Northside Drive, Suite 30, San Diego, CA 92108-2709 |
| 518023801 | + | EDI: MID8.COM | Mar 11 2022 07:50:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517964844 | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Modell's, GE Money Bank, PO Box 103104, Roswell, GA 30076-9104 |
| 517964845 | + | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Old Navy, Att: Bankruptcy Dept, PO Box 103104, Roswell, GA 30076-9104 |
| 517964847 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Assoc, PO Box 12914, Norfolk, VA 23541-0914 |
| 518073710 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, C/Ocomenity Capital Bank, POB 41067, Norfolk VA 23541 |
| 518073675 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518134777 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Best Buy Visa, POB 41067, Norfolk VA 23541 |
| 518123886 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 518073701 | | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Justiceinternetaccounts, POB 41067, Norfolk VA |

Case 19-10711-MBK    Doc 31    Filed 03/12/22    Entered 03/13/22 00:17:03    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 10, 2022 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| 518073714 | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Lowe's, POB 41067, Norfolk VA 23541 |
| 518123887 | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 518134860 | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Sears Card, POB 41067, Norfolk VA 23541 |
| 518134776 | EDI: PRA.COM | Mar 11 2022 07:49:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 517964848 | Email/Text: signed.order@pfwattorneys.com | Mar 10 2022 20:40:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517964849 | Email/Text: signed.order@pfwattorneys.com | Mar 10 2022 20:40:00 | Pressler, Felt & Warshaw, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517964850 | EDI: RMSC.COM | Mar 11 2022 07:51:00 | Q-Card/Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 518013104 | EDI: Q3G.COM | Mar 11 2022 07:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518104179 | EDI: Q3G.COM | Mar 11 2022 07:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518065102 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 10 2022 20:41:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517964851 | Email/Text: bankruptcyteam@quickenloans.com | Mar 10 2022 20:41:00 | Quicken Loans, Inc., PO Box 442359, Detroit, MI 48244-2359 |
| 517964853 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517964854 | EDI: CITICORP.COM | Mar 11 2022 07:50:00 | Sears Credit Cards, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 517965749 | + EDI: RMSC.COM | Mar 11 2022 07:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517964857 | EDI: TDBANKNORTH.COM | Mar 11 2022 07:51:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 518134291 | + Email/Text: bncmail@w-legal.com | Mar 10 2022 20:41:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517964856 | + EDI: WTRRNBANK.COM | Mar 11 2022 07:50:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 517964858 | + EDI: WFNNB.COM | Mar 11 2022 07:50:00 | The Children's Place, PO Box 182120, Columbus, OH 43218-2120 |
| 517964859 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | The Childrens Place, PO Box 183043, Columbus, OH 43218-3043 |
| 517964862 | + Email/Text: BAN5620@UCBINC.COM | Mar 10 2022 20:40:00 | UCB, 5620 Southwyck Blvd., Toledo, OH 43614-1501 |
| 518072784 | + EDI: AIS.COM | Mar 11 2022 07:49:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517964863 | EDI: WFNNB.COM | Mar 11 2022 07:50:00 | Victoria's Secret, Att: Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 517964864 | + EDI: RMSC.COM | Mar 11 2022 07:51:00 | Walmart, GE Money Bank, Bankruptcy Dept., PO Box 103104, Roswell, GA 30076-9104 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518048047 | *+ | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 12, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS INC. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor QUICKEN LOANS INC. rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren Brumel | on behalf of Debtor Richard J. LaMonica wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |
| Warren Brumel | on behalf of Joint Debtor Nicole R. LaMonica wbrumel@keyportlaw.com  brumellawecf@gmail.com;wbrumel@keyportlaw.com |

TOTAL: 6