Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–10711–MBK<br>
Chapter: 13<br>
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard J. LaMonica<br>aka Richard C. LaMonica<br>27 Apple Avenue<br>North Middletown, NJ 07748 | Nicole R. LaMonica<br>27 Apple Avenue<br>North Middletown, NJ 07748 |

Social Security No.:
xxx–xx–0409                                                                    xxx–xx–7033

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 12, 2022          Michael B. Kaplan
                               Judge, United States Bankruptcy Court